**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8049**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

JOSE HERNAN BORDA,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Williams, Jr., District Judge. (CR-95-267-AW, CA-00-1527-AW)

———————

Submitted: April 9, 2002          Decided: May 29, 2002

———————

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jose Hernan Borda, Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose Hernan Borda seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), his Fed. R. Civ. P. 59(e) motion as to that order, and his motion for a certificate of appealability. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Borda, Nos. CR-95-267-AW; CA-00-1527-AW (D. Md. Aug. 28, Sept. 6, and Nov. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED